GLENN L. BRIGGS (SB# 174497)
gbriggs@hbwllp.com
S. SEAN SHAHABI (SB# 204710)
sshahabi@hbwllp.com
THOREY M. BAUER (SB# 234813)
tbauer@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

FILED
08 AUG -5 PM 3:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSN, F.A; and DOES 1 to 10,<br><br>Defendants. | CASE NO. 08 CV 1416 J RBB<br><br>(San Diego County Superior Court Case No. 37-2008-00085515-CU-BT-CTL)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

ORIGINAL

32058_1

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and all applicable Local Rules, the undersigned, counsel of record for defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. John Sones (Plaintiff)

2. Downey Savings and Loan Association, F.A. (Defendant).

DATED: August 5, 2008

HODEL BRIGGS WINTER LLP
GLENN L. BRIGGS
S. SEAN SHAHABI
THOREY M. BAUER

By: _____
THOREY M. BAUER
Attorneys for Defendant
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A.

32058_1

- 2 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS