1  GLENN L. BRIGGS (SB# 174497)
   gbriggs@hbwllp.com
2  S. SEAN SHAHABI (SB# 204710)
   sshahabi@hbwllp.com
3  THOREY M. BAUER (SB# 234813)
   tbauer@hbwllp.com
4  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
5  Irvine, CA 92618
   Telephone: (949) 450-8040
6  Facsimile: (949) 450-8033

7  Attorneys for Defendant
   DOWNEY SAVINGS AND LOAN
8  ASSOCIATION, F.A.

9

10              UNITED STATES DISTRICT COURT FOR THE

11                 SOUTHERN DISTRICT OF CALIFORNIA

12 | JOHN SONES, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO. 08 CV 1416 J RBB
13 | | **PROOF OF SERVICE OF:**
14 | Plaintiffs, | **1. Notice to State Court of Removal of Civil Action to United States District Court Pursuant to 28 U.S.C. §§ 1331 and 1441 (Federal Question);**
15 | vs. |
16 | DOWNEY SAVINGS AND LOAN ASSN, F.A; and DOES 1 to 10, |
17 | | **2. Notice to Adverse Parties of Removal of Civil Action to United States District Court Pursuant to 28 U.S.C. §§ 1331 and 1441 (Federal Question);**
18 | Defendants. |
19 |
20 | | **3. Civil Cover Sheet; and**
21 | | **4. Certification of Interested Entities or Persons**

08-CV-1416-J-RBB

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **August 6, 2008**, I served the foregoing document(s) described as: **NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. §§ 1331 AND 1441 (FEDERAL QUESTION)** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Walter Haines
United Employees Law Group
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[X] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 6, 2008** at Irvine, California.

_____
Heather Dorris

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF ORANGE       )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **August 6, 2008**, I served the foregoing document(s) described as: **NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. §§ 1331 AND 1441 (FEDERAL QUESTION)** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Norman B. Blumenthal<br>Kyle R. Nordrehaug<br>Aparajit Bhowmik<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Telephone: (858) 551-1223<br>Facsimile: (858) 551-1232 | Walter Haines<br>United Employees Law Group<br>65 Pine Avenue, #312<br>Long Beach, CA 90802<br>Telephone: (562) 256-1047<br>Facsimile: (562) 256-1006 |

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[X] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 6, 2008** at Irvine, California.

_____
Heather Dorris

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **August 6, 2008**, I served the foregoing document(s) described as: **CIVIL COVER SHEET and CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Norman B. Blumenthal | Walter Haines |
| Kyle R. Nordrehaug | United Employees Law Group |
| Aparajit Bhowmik | 65 Pine Avenue, #312 |
| 2255 Calle Clara | Long Beach, CA 90802 |
| La Jolla, CA 92037 | Telephone: (562) 256-1047 |
| Telephone: (858) 551-1223 | Facsimile: (562) 256-1006 |
| Facsimile: (858) 551-1232 | |

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 6, 2008** at Irvine, California.

Heather Dorris