| | |
|---|---|
| 1 | GLENN L. BRIGGS (SB# 174497) |
|  | gbriggs@hbwllp.com |
| 2 | S. SEAN SHAHABI (SB# 204710) |
|  | sshahabi@hbwllp.com |
| 3 | THOREY M. BAUER (SB# 234813) |
|  | tbauer@hbwllp.com |
| 4 | HODEL BRIGGS WINTER LLP |
|  | 8105 Irvine Center Drive, Suite 1400 |
| 5 | Irvine, CA 92618 |
|  | Telephone: (949) 450-8040 |
| 6 | Facsimile: (949) 450-8033 |

Attorneys for Defendant
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSN, F.A; and DOES 1 to 10,<br><br>  Defendants. | CASE NO. 08 CV 1416 J RBB<br><br>**PROOF OF SERVICE RE: NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE** |

08-CV-1416-J-RBB

PROOF OF SERVICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     ) ss:
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On August 7, 2008, I served the foregoing document(s) described as: **NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Norman B. Blumenthal<br>Kyle R. Nordrehaug<br>Aparajit Bhowmik<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Telephone: (858) 551-1223<br>Facsimile: (858) 551-1232 | Walter Haines<br>United Employees Law Group<br>65 Pine Avenue, #312<br>Long Beach, CA 90802<br>Telephone: (562) 256-1047<br>Facsimile: (562) 256-1006 |

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2008 at Irvine, California.

_____
Heather Dorris