**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSN., F.A.; and Does 1 to 10,<br><br>Defendants. | Case No.: **08cv1416 J (RBB)**<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF JOHN SONES**<br><br>Judge:      Hon. Napoleon A. Jones<br>Courtroom: 12 (Second Floor)<br><br>Magistrate: Hon. Ruben B. Brooks |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that attorney Kyle R. Nordrehaug with the law firm of Blumenthal & Nordrehaug hereby enters an appearance as counsel of record on behalf of Plaintiff John Sones. The contact information for Kyle Nordrehaug is as follows:

    Kyle R. Nordrehaug (State Bar No. 205975)
    Blumenthal & Nordrehaug
    2255 Calle Clara
    La Jolla, CA 92037
    Tel: (858) 551-1223
    Fax: (858) 551-1232
    E-mail: kyle@bamlawlj.com

Dated: August 8, 2008                        BLUMENTHAL & NORDREHAUG

                                                By:   *s/Kyle Nordrehaug*
                                                        Kyle R. Nordrehaug, Esq.
                                                        Attorneys for Plaintiff

                                                UNITED EMPLOYEES LAW GROUP
                                                Walter Haines, Esq.
                                                65 Pine Ave, #312
                                                Long Beach, CA 90802
                                                Telephone: (562) 256-1047
                                                Facsimile: (562) 256-1006

**CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On August 8, 2008, I served the document(s) described as below in the manner set forth below:

(1) **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF JOHN SONES**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 8, 2008 at San Diego, California.

                                                By:    *s/Kyle Nordrehaug*
                                                                         Kyle R. Nordrehaug