**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
   Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSN., F.A.; and Does 1 to 10,<br><br>Defendants. | Case No.: **08cv1416 W (RBB)**<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF JOHN SONES**<br><br><br>Judge:         Hon. Thomas J. Whelan<br>Magistrate:  Hon. Ruben B. Brooks |

1

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF JOHN SONES
**08 cv 1416 W (RBB)**

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     PLEASE TAKE NOTICE that attorney Aparajit Bhowmik with the law firm of

3  Blumenthal & Nordrehaug hereby enters an appearance as counsel of record on behalf of

4  Plaintiff John Sones.  The contact information for Aparajit Bhowmik is as follows:

5     Aparajit Bhowmik (State Bar No. 248066)
      Blumenthal & Nordrehaug
6     2255 Calle Clara
      La Jolla, CA 92037
7     Tel: (858) 551-1223
      Fax: (858) 551-1232
8     E-mail: aj@bamlawlj.com

9

10  Dated: August 27, 2008                BLUMENTHAL & NORDREHAUG

11                                        By:    *s/Aparajit Bhowmik*
                                              Aparajit Bhowmik, Esq.
                                              Attorneys for Plaintiff
12

13                                        UNITED EMPLOYEES LAW GROUP
                                          Walter Haines, Esq.
14                                        65 Pine Ave, #312
                                          Long Beach, CA 90802
15                                        Telephone: (562) 256-1047
                                          Facsimile: (562) 256-1006
16

17

18

19

20

21

22

23

24

25

26

27

28                                        2
    NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF JOHN SONES
                                                            **08 cv 1416 W (RBB)**

**CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On August 8, 2008, I served the document(s) described as below in the manner set forth below:

(1)    **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF JOHN SONES**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 27, 2008 at San Diego, California.

By:    *s/Aparajit Bhowmik*
Aparajit Bhowmik