**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
   Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSN., F.A.; and Does 1 to 10,<br><br>Defendants. | Case No.: **08cv1416 W (RBB)**<br><br>**NOTICE OF REQUEST AND REQUEST FOR TELEPHONIC APPEARANCE ON BEHALF OF JOHN SONES**<br><br>Judge:   Hon. Thomas J. Whelan<br>Magistrate:   Hon. Ruben B. Brooks |

1
NOTICE OF REQUEST AND REQUEST FOR TELEPHONIC APPEARANCE BEHALF OF PLAINTIFF JOHN SONES
**08 cv 1416 W (RBB)**

1  Plaintiff John Sones, by and through his counsel of record, hereby requests that he be
2 permitted to attend the Early Neutral Evaluation Conference ("ENE Conference") by
3 telephone. Mr. Sones lives and is currently seeking employment in Santa Rosa, California.
4 As a result, he is unable to attend the early neutral evaluation conference on September 5,
5 2008. Plaintiff's counsel, however, will appear in person and will ensure that Mr. Sones is
6 available telephonically.

7  In addition, the nature of this case as a class action on behalf of a class of employees
8 further supports Plaintiff's request. Mr. Sones, while able to discuss the facts and resolution
9 of his particular case, does not have authority to settle on behalf of the Class. A class
10 settlement will have to be negotiated by and through Class Counsel and will then have to be
11 approved by the Court. As a result, the in person attendance of Plaintiff's counsel still
12 enables the parties and the Court to discuss settlement of the class action. The claims by Mr.
13 Mr. Sones can be settled only in a class-wide settlement, and only on the same terms as
14 every other member of the Class.

15  For these reasons, and because attendance at the hearing on September 5, 2008 would
16 result in a severe economic hardship with respect to Mr. Sones' active search for new
17 employment, Plaintiff respectfully requests that Mr. Sones be permitted to appear
18 telephonically as needed.

19  Respectfully submitted,

20

21 Dated: August 27, 2008          BLUMENTHAL & NORDREHAUG

22
                                  By:   __s/Aparajit Bhowmik_____
23                                      Aparajit Bhowmik, Esq.
                                        Attorneys for Plaintiff
24
                                  UNITED EMPLOYEES LAW GROUP
25                                Walter Haines, Esq.
                                  65 Pine Ave, #312
26                                Long Beach, CA 90802
                                  Telephone: (562) 256-1047
27                                Facsimile: (562) 256-1006

28
                                          2

**CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On August 8, 2008, I served the document(s) described as below in the manner set forth below:

(1)   **NOTICE OF REQUEST AND REQUEST FOR TELEPHONIC APPEARANCE BY PLAINTIFF JOHN SONES**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 27, 2008 at San Diego, California.

By:   *s/Aparajit Bhowmik*
         Aparajit Bhowmik