## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SONES v. DOWNEY SAVINGS AND LOAN                Case No. 08CV1416 W(RBB)
                                                **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         Plaintiffs                              Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

Plaintiff's Request for Telephonic Appearance on Behalf of John Sones [doc. no. 10] at the Early Neutral Evaluation Conference set for September 5, 2008, at 8:30 a.m. is DENIED. Plaintiff's showing is insufficient to establish good cause.

DATE: August 29, 2008          IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Whelan                                  INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\SONES1416\Minutes01.wpd