GLENN L. BRIGGS (SB# 174497)
gbriggs@hbwllp.com
S. SEAN SHAHABI (SB# 204710)
sshahabi@hbwllp.com
THOREY M. BAUER (SB# 234813)
tbauer@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSN, F.A; and DOES 1 to 10,<br><br>Defendants. | CASE NO. 08 CV 1416 J RBB<br><br>**NOTICE OF APPEARANCE OF S. SEAN SHAHABI ON BEHALF OF DEFENDANT DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.** |

32761

08-CV-1416-J-RBB

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney S. Sean Shahabi with the law firm of Hodel Briggs Winter LLP hereby enters an appearance as counsel of record on behalf of Defendant Downey Savings and Loan Association, F.A.

The contact information for S. Sean Shahabi is as follows:

S. Sean Shahabi (State Bar No. 204710)

Hodel Briggs Winter LLP

8105 Irvine Center Drive, Suite 1400

Irvine, California  92618

Telephone: (949) 450-8040

Facsimile: (949) 450-8033

Email: sshahabi@hbwllp.com

DATED: September 2, 2008          HODEL BRIGGS WINTER LLP
                                  GLENN L. BRIGGS
                                  S. SEAN SHAHABI
                                  THOREY M. BAUER

                                  By:   /s/ S. Sean Shahabi

                                  S. Sean Shahabi
                                  Attorneys for Defendant

                                  DOWNEY SAVINGS AND LOAN
                                  ASSOCIATION, F.A.

## CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 8105 Irvine Center Drive, Suite 1400, Irvine, California 92618. On September 2, 2008, I served the document(s) described as below in the manner set forth below:

**NOTICE OF APPEARANCE OF S. SEAN SHAHABI ON BEHALF OF DEFENDANT DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.**

☒ **VIA ELECTRONIC SERVICE:** I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **September 2, 2008** at Irvine, California.

_____
Heather Dorris