| | |
|---|---|
| 1 | GLENN L. BRIGGS (SB# 174497) |
| | gbriggs@hbwllp.com |
| 2 | S. SEAN SHAHABI (SB# 204710) |
| | sshahabi@hbwllp.com |
| 3 | THOREY M. BAUER (SB# 234813) |
| | tbauer@hbwllp.com |
| 4 | HODEL BRIGGS WINTER LLP |
| | 8105 Irvine Center Drive, Suite 1400 |
| 5 | Irvine, CA  92618 |
| | Telephone: (949) 450-8040 |
| 6 | Facsimile: (949) 450-8033 |
| 7 | Attorneys for Defendant |
| | DOWNEY SAVINGS AND LOAN |
| 8 | ASSOCIATION, F.A. |

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN SONES, an individual, on behalf of himself, and on behalf of all persons similarly situated, | | CASE NO. 08 CV 1416 J RBB |
| | Plaintiffs, | **NOTICE OF APPEARANCE OF GLENN L. BRIGGS ON BEHALF OF DEFENDANT DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.** |
| | vs. | |
| DOWNEY SAVINGS AND LOAN ASSN, F.A; and DOES 1 to 10, | | |
| | Defendants. | |

32758

08-CV-1416-J-RBB

NOTICE OF APPEARANCE

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that attorney Glenn L. Briggs with the law firm of Hodel Briggs Winter LLP hereby enters an appearance as counsel of record on behalf of Defendant Downey Savings and Loan Association, F.A.

7  The contact information for Glenn L. Briggs is as follows:

Glenn L. Briggs (State Bar No. 174497)

Hodel Briggs Winter LLP

8105 Irvine Center Drive, Suite 1400

Irvine, California  92618

Telephone: (949) 450-8040

Facsimile: (949) 450-8033

Email: gbriggs@hbwllp.com

DATED: September 2, 2008        HODEL BRIGGS WINTER LLP
                                GLENN L. BRIGGS
                                S. SEAN SHAHABI
                                THOREY M. BAUER

                                By:   /s/ Glenn L. Briggs

                                Glenn L. Briggs
                                Attorneys for Defendant

                                DOWNEY SAVINGS AND LOAN
                                ASSOCIATION, F.A.

## CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 8105 Irvine Center Drive, Suite 1400, Irvine, California 92618. On September 2, 2008, I served the document(s) described as below in the manner set forth below:

**NOTICE OF APPEARANCE OF GLENN L. BRIGGS ON BEHALF OF DEFENDANT DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.**

☒ **VIA ELECTRONIC SERVICE:** I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **September 2, 2008** at Irvine, California.

_____
Heather Dorris