### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

SONES v. DOWNEY SAVINGS AND LOAN                  Case No. 08cv1416 W(RBB)
                                                  **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys

        Plaintiffs                          Defendants

Norman Blumenthal                     Thorey Bauer

PROCEEDINGS:     ___ In Chambers    ___ In Court    ___ Telephonic

The Joint Ex Parte Application for Relief from Early Neutral Evaluation Conference [doc. no. 12] is denied in part and granted in part.

The joint application for relief from attending the early neutral evaluation conference set for September 5, 2008, at 8:30 a.m. is denied. Counsel for Plaintiffs and Defendants are to personally appear.

The joint application for the parties to be relieved from personal appearance at the early neutral evaluation conference is granted. Plaintiff and the client representative for Defendant Downey Savings and Loan shall be available to participate by phone in the September 5, 2008, early neutral evaluation conference at 8:30 a.m.

DATE: September 2, 2008           IT IS SO ORDERED:  /s/ Ruben Brooks
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Whelan                 INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\SONES1416\Minutes02.wpd