### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

SONES v. DOWNEY SAVINGS AND LOAN                Case No. 08cv1416 W(RBB)
                                                **Time Spent: 55 mins.**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                      Rptr.

                              Attorneys
           Plaintiffs                          Defendants

A.J. Bhomik (present)                  Sean Shahabi (present)


PROCEEDINGS:    x   In Chambers     ___   In Court     ___   Telephonic

An attorneys-only early neutral evaluation conference and case management conference were held.

A settlement conference is set for March 11, 2009, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: September 5, 2008        IT IS SO ORDERED:   /s/ Ruben Brooks
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Whelan                          INITIALS: VL (mg/irc) Deputy
     All Parties of Record